IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CT-3244-F

| | |
|---|---|
| WILLIAM C. CARAWAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOYCE KORNEGAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon Plaintiff's request to be provided with copies of various docket entries at government expense [DE-30]. For the following reasons, this request is DENIED.

On October 3, 2013, Plaintiff filed this action pursuant to 42 U.S.C. § 1983. Compl. [DE-1]. His complaint was dismissed as frivolous on July 7, 2014 [DE-28]. Copies of transcripts or other documents from a record may be provided to an indigent litigant at government expense upon a showing by that litigant of a particularized need for the documents. Jones v. Superintendent, Virginia State Farm, 460 F.2d 150, 152-53 (4th Cir. 1972). However, an indigent litigant is not entitled to free copies of a record "merely to comb the record in the hope of discovering some flaw." United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). In the instant motion, Plaintiff notes that he is indigent, but otherwise proffers no particularized need for the documents. Because Plaintiff has not demonstrated a particularized need, the instant motion is DENIED. See Stevenson v. Shoup, No. 3:08CV305-02-MU, 2010 WL 3608113, at *2 (W.D.N.C. Sept. 7, 2010) aff'd, 421 F. App'x 312 (4th Cir. 2011).

SO ORDERED. This the 24th day of December, 2014.

James C. Fox
JAMES C. FOX
Senior United States District Judge

2